# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.* : | CIVIL ACTION NO. 1:15-CV-291 |
| Plaintiffs : | (Chief Judge Conner) |
| v. : | |
| **CAPITAL REGION WATER**, *et al.*, : | |
| Defendants : | |

## **ORDER**

AND NOW, this 6th day of March, 2018, upon consideration of the partial consent decree (Doc. 9) entered into by the parties, which decree was approved by order (Doc. 11) of the court on August 24, 2015, and further upon consideration of the status report (Doc. 18) filed jointly by the parties on February 16, 2018, and following a telephonic status conference with all parties on March 1, 2018, it appearing that the parties continue to satisfy deliverable requirements under the partial consent decree and intend to continue to proceed thereunder in good faith, with the ultimate objective of achieving a final consent decree in due course, it is hereby ORDERED that:

1. The Clerk of Court shall administratively CLOSE this matter for statistical purposes only, without prejudice to the parties' rights to either seek to reopen the matter, if necessary and appropriate, at any time during implementation of the partial consent decree or, if a final consent decree is achieved, to notify the court of same and seek approval thereof.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania