# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,** | : CIVIL ACTION NO. 1:15-CV-291 <br> : <br> : (Judge Conner) <br> : |
| **Plaintiffs** | : |
| v. | : |
| **CAPITAL REGION WATER** and **THE CITY OF HARRISBURG, PA,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 17th day of December, 2021, upon consideration of the motion (Doc. 29) to intervene filed by proposed intervenor Lower Susquehanna Riverkeeper Association, and the parties' respective briefs in support of and in opposition thereto, and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 29) to intervene is GRANTED.

2. Lower Susquehanna Riverkeeper Association is granted leave to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(1) and 33 U.S.C. § 1365(b)(1)(B) to the extent set forth in the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania